In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-01-471 CR


____________________



VELISA WARREN JONES, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 01-04-02459-CR






MEMORANDUM OPINION


 A jury found Velisa Warren Jones to be guilty of the state jail felony offense of
forgery. Tex. Pen. Code Ann. § 32.21(b), (d) (Vernon Supp. 2002). The court assessed
punishment at twenty months of confinement in the Texas Department of Criminal Justice,
State Jail Division. 

 Appellate counsel filed a brief that concludes no arguable error is presented in this
appeal. See Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967);
High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978). On April 25, 2002, Jones was
given an extension of time in which to file a pro se brief. We received no response from
the appellant. Because the appeal involves the application of well-settled principles of law,
we deliver this memorandum opinion. See Tex. R. App. P. 47.1.

 We have reviewed the clerk's record and the reporter's record, and find no arguable
error requiring us to order appointment of new counsel. See Stafford v. State, 813 S.W.2d
503, 511 (Tex. Crim. App. 1991). The judgment is affirmed.

 AFFIRMED.

 PER CURIAM


Submitted August 13, 2002

Opinion Delivered August 28, 2002

Do Not Publish


Before Walker, C.J., Burgess and Gaultney, JJ.